Anna Martin (Bar No. 154279)
amartin@mmhllp.com
Allison Vana (Bar No. 228282)
avana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY MCANINCH, | Case No. 2:17-CV-00446-JAM-GGH |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA dba CIGNA, and DOES 1 to 100, | |
| Defendants. | |

WHEREAS, Plaintiff Amy McAninch filed the Complaint in this action on February 28, 2017;

WHEREAS, Defendant Life Insurance Company of North America ("LINA"), incorrectly sued as "Life Insurance Company of North America dba Cigna," executed a waiver of service of summons of Plaintiff's Complaint in this action on March 13, 2017;

WHEREAS, pursuant to the Court's March 1, 2017 Order Requiring Joint Status Report (ECF Doc. No. 3), the parties' Joint Status Report, including Fed. R. Civ. P. 26(f) discovery plan, is due by May 2, 2017;

WHEREAS, pursuant to the parties' stipulation (Local Rule 144(a)), for a 21-day extension of the original responsive pleading deadline of May 2, 2017, LINA must file a responsive pleading to Plaintiff's Complaint by May 23, 2017; and

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

156156.1

1

Case No. 2:17-CV-00446-JAM-GGH
STIPULATION TO EXTEND TIME TO FILE
JOINT STATUS REPORT

WHEREAS, for the convenience of the Court and to conserve resources, including preparation of the Joint Status Report, the parties wish to extend the deadline for filing of their Joint Status Report to a date at least 14 days after LINA's responsive pleading to the Complaint is due;

WHEREAS the parties respectfully request that deadline for filing of their Joint Status Report be extended to June 6, 2017.

## STIPULATION

The parties agree and stipulate, and respectfully request, as follows:

1. The parties will submit to the Court a Joint Status Report, as required by the Court's March 1, 2017 Order (ECF Doc. No. 3), by June 6, 2017.

IT IS SO STIPULATED

Dated: April 25, 2017        DAVID ALLEN & ASSOCIATES
David Allen


By: */s/ David Allen*
David Allen
Attorneys for Plaintiff
AMY MCANINCH

Dated: April 25, 2017        MESERVE, MUMPER & HUGHES LLP
Anna Martin
Allison Vana


By: */s/ Allison Vana*
Allison Vana
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

### Filer's Attestation-Local Rule 131(e)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

156156.1

2

Case No. 2:17-CV-00446-JAM-GGH
STIPULATION TO EXTEND TIME TO FILE
JOINT STATUS REPORT

## **ORDER**

Based on the parties' Stipulation and good cause appearing, the parties' deadline to file their Joint Status Report is hereby continued to June 6, 2017.

**IT IS SO ORDERED**.

Dated: April 25, 2017         /s/ John A. Mendez_____
                              Hon. John A Mendez
                              United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

156156.1

3

Case No. 2:17-CV-00446-JAM-GGH
STIPULATION TO EXTEND TIME TO FILE
JOINT STATUS REPORT